```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A96-0476--CV (HRH)
                    "USA V RICHARD M. LUNDGREN"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
     Referral Rule:  M. Rule 4/5
             Filed:  12/13/96
            Closed:  06/19/97

      Jurisdiction:  (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (152) Recovery of defaulted student loans
                     31:3711
            Origin:  (1) Original Proceeding
            Demand:  5
        Filing fee:  Waived
          Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1         UNITED STATES OF AMERICA    Richard L. Pomeroy
                                            U.S. Attorney's Office
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513-7567
                                            907-271-5071

DEF 1.1         LUNDGREN, RICHARD M.        No counsel found for this party!

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A96-0476--CV (HRH)
                         "USA V RICHARD M. LUNDGREN"

                              For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
     Referral Rule:  M. Rule 4/5
             Filed:  12/13/96
            Closed:  06/19/97

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (152) Recovery of defaulted student loans
                    31:3711
            Origin: (1) Original Proceeding
            Demand: 5
        Filing fee: Waived
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/13/96 | Complaint filed. |
| 2 - 1 | 12/17/96 | HRH Minute Order referring case to MJ Branson pursuant to M. Rule 4/5. cc: cnsl, Magistrate Judge Branson |
| NOTE - 1 | 01/17/97 | Issued: Summons re Richard Lundgren (Answer due w/in 20 days). |
| 3 - 1 | 02/10/97 | USM Return of Service Unexecuted. |
| NOTE - 2 | 02/14/97 | Issued: Summons on Richard Lundgren on 2/14. Answer due w/in 20 days. |
| 4 - 1 | 03/06/97 | AHB Minute Order (ID1) proof of svc due w/in 20 days from date of this m.o.  cc cnsl |
| 5 - 1 | 04/03/97 | AHB Minute Order (ID1 Dismissal for failure to serve - warning) that proof of svc is lacking; any def as to whom proof of svc is not on file by 120 days from filng of complaint will be dismissed.  cc cnsl |
| 6 - 1 | 04/10/97 | USM Return of summons re def executed 4/8/97 (Answer due w/in 20 days). |
| 7 - 1 | 05/05/97 | AHB Minute Order (ID1) that answer/app for dflt due w/in 20 dys from date of this m.o.  cc cnsl |
| 8 - 1 | 05/16/97 | PLF 1 Application for entry of default against D-1. |
| 9 - 1 | 05/16/97 | PLF 1 motion for Default Judgment against D-1. |
| 8 - 2 | 05/20/97 | Clerk's Notice that default is entered as to D-1. cc: cnsl. |
| 10 - 1 | 06/19/97 | Clerk's Judgment granting motion for Default Judgment against D-1 (9-1) in the principal amt of $5,353.58. cc cnsl, MJ Branson, O&J 10125 |
| 11 - 1 | 08/28/98 | PLF 1 Application re: Writ of Execution in the amount of $8,096.96. |
| NOTE - 3 | 08/31/98 | Issued: writ of execution on PFD as to Richard Lundgren. |
| 12 - 1 | 10/01/99 | PLF 1 motion (ex parte) for appearance of defendant as judgment debtor before USMJ Branson w/att declaration. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A96-0476--CV (HRH)
                           "USA V RICHARD M. LUNDGREN"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 10/04/99 | AHB Order granting motion for appearance of defendant as judgment debtor before USMJ Branson (12-1); en-masse JDE set 10:00 a.m., 12/8/99. cc: cnsl, R. Lundgren (by USA), MJ Branson |
| 14 - 1 | 10/27/99 | USM Return of service of order to appear unexecuted. |
| 15 - 1 | 12/06/99 | PLF 1 Notice to vacate judgment debtor exam. |
| 16 - 1 | 09/07/00 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 4 | 09/08/00 | Issued: writ of execution re: DEF 1 on PFD. |
| 17 - 1 | 12/01/00 | USM Return on writ of garnishment on PFD unsatisfied. |
| 18 - 1 | 12/01/00 | USM Return on writ of garnishment re: 1998 PFD no response. |
| 19 - 1 | 04/11/01 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 5 | 04/12/01 | Issued: writ of execution re: DEF 1 on PFD. |
| 20 - 1 | 05/21/01 | PLF 1 motion (ex parte) for appearance of Richard Lundrgreen as judgment debtor on 7/26/01 w/att declaration. |
| 21 - 1 | 05/23/01 | JDR Order granting motion for appearance of Richard Lundrgreen as judgment debtor on 7/26/01 (20-1). cc: USA |
| 22 - 1 | 06/08/01 | PLF Return of svc of ord of appearance executed on 5/30/01. |
| 23 - 1 | 07/30/01 | JDR Court Minutes [ECR: Dan Maus/Debby Lyon] re JD Exam (held 7/26/01); Richard Lundrgen sworn & tetsified as debtor. |
| 24 - 1 | 02/14/02 | USM Return of svc on writ of execution re: DEf 1 executed on 4/17/01 no funds. |
| NOTE - 6 | 04/05/02 | Issued: writ of execution on DEF 1 re: PFD. |
| 25 - 1 | 04/05/02 | PLF 1 Application re: Writ of Execution on DEF 1 re: PFD. |
| 26 - 1 | 10/22/02 | USM Return of svc on writ of execution re: DEF 1 on 4/9/02 no funds. |
| NOTE - 7 | 04/30/03 | Issued: writ of execution re: DEF 1 on PFD. |
| 27 - 1 | 04/30/03 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 28 - 1 | 01/29/04 | USM Return of svc on writ of execution on PFD re: DEF 1 executed on 5/8/03 not funds. |